STATE OF NEW JERSEY v. JOSE PORTELA.

December 1, 1980.

Petition for certification denied.

EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF NEWARK, NEW JERSEY v. FLEMING JONES, JR.

December 1, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK W. BURNS.

December 1, 1980.

Petition for certification denied.

RUTH L. WILSON v. JAMES A. WILSON, JR.

December 1, 1980.

Petition for certification denied.